# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**ORDER**
Criminal File No. 24-101(5) (MJD/DJF)

AMANDA JENNIFER FREEMAN,

    Defendant.

Timothy Campbell Warner, Assistant United States Attorney, Counsel for Plaintiff.

Robert A. Lengeling, Attorney at Law, Counsel for Defendant.

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Dulce J. Foster dated March 19, 2025.  No objections have been filed to the Report and Recommendation.

    Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the record.  28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b).  Based upon that review, the

Court adopts the Report and Recommendation of United States Magistrate Judge Dulce J. Foster dated March 19, 2025.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Dulce J. Foster dated March 19, 2025.  **[Doc. 183**]; and

2. Defendant's Motion to Suppress Evidence from Search Warrant **[Doc. 148]** is **DENIED**.


Dated:  April 15, 2025 　　　　　　　　　　s/Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　United States District Court